**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1598**

MANEKIN CONSTRUCTION LLC,

        Plaintiff - Appellee,

    v.

DANA S. LECOMPTE,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:16-cv-03119-RDB)

Submitted:  December 19, 2017            Decided:  December 21, 2017

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jay B. Shuster, Baltimore, Maryland, for Appellant.  Maria Ellena Chavez-Ruark, SAUL EWING ARNSTEIN & LEHR LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dana S. LeCompte appeals the district court's order affirming the bankruptcy court's order granting Manekin Construction LLC's motion for sanctions and entering default judgment pursuant to Bankr. R. 7037 (incorporating Fed. R. Civ. P. 37), based on LeCompte's failure to timely respond to discovery requests. We have reviewed the record included on appeal and the parties' briefs, and we find no reversible error. Accordingly, we affirm the bankruptcy court's order for the reasons stated by the district court. *Manekin Construction LLC v. LeCompte*, No. 1:16-cv-03119-RDB (D. Md. filed Apr. 7, 2017 & entered Apr. 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*